# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-5497

**Case Name** Ms. L., et al. v. U.S. ICE, et al.

**Counsel submitting this form** Daniel Schutrum-Boward

**Represented party/parties** See continuation page.

*Briefly describe the dispute that gave rise to this lawsuit.*

In 2018, Plaintiffs, four aliens who illegally entered the United States, filed a complaint raising constitutional and statutory claims regarding family separation. Defendants are several federal government agencies and individuals sued in their official capacities as heads of those agencies. In 2023, the parties negotiated the Ms. L. Settlement Agreement in which the Ms. L. Settlement Class is defined as parents or legal guardians and their children who were separated at the U.S.-Mexico border between January 20, 2017 and January 20, 2021. The Ms. L. Settlement Agreement provides, inter alia, certain services to class members and their Qualifying Additional Family Members. The district court approved the Ms. L. Settlement Agreement and retained jurisdiction to enforce its terms.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

In June 2025, the district court found that Defendants breached the settlement agreement, including terms in which Defendants agreed to provide Plaintiffs certain kinds of legal services. ECF No. 795. The district court ordered Defendants to cure the breach and enjoined them from removing class members and their Qualifying Additional Family Members from the United States. ECF Nos. 803, 840.

The main issue on appeal is whether the district court improperly enjoined removals on a class-wide basis in violation of 8 U.S.C. § 1252(f)(1) and Garland v. Aleman Gonzalez, 596 U.S. 543 (2022).

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

To cure the breach, the district court has ordered Defendants to reinstate legal services by September 8, 2025, see ECF Nos. 831, 877, and to provide a list of certain class members and Qualifying Additional Family Members by September 29, 2025, see ECF Nos. 840, 871.

**Signature** s/Daniel Schutrum-Boward    **Date** September 3, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

| RESPONDENTS/DEFENDANTS-APPELLANTS | PETITIONERS/PLAINTIFFS-APPELLEES |
|---|---|
| U.S. Immigration and Customs Enforcement ("ICE"). | Ms. L., *on behalf of herself and all others similarly situated.* |
| U.S. Department of Homeland Security ("DHS"). | Ms. C., *on behalf of herself and all others similarly situated.* |
| U.S. Customs and Border Protection ("CBP"). | Dora, *on behalf of herself and all others similarly situated.* |
| U.S. Citizenship and Immigration Services ("USCIS"). | Alma, *on behalf of herself and all others similarly situated.* |
| U.S. Department of Health and Human Services ("HHS"). | |
| Office of Refugee Resettlement ("ORR"). | |
| Todd Lyons, Director of ICE, *in his official capacity.* | |
| Kristi Noem, Secretary of DHS, *in her official capacity.* | |
| Pamela Bondi, U.S. Attorney General, *in her official capacity.* | |
| Rodney Scott, Commissioner of CBP, *in his official capacity.* | |
| Joseph B. Edlow, Director of USCIS, *in his official capacity.* | |
| Sidney Aki, Director, San Diego Field Office, CBP, *in his official capacity.* | |

| | |
|---|---|
| Robert F. Kennedy, Jr., Secretary of HHS, *in his official capacity.*<br><br>Angie Salazar, acting Director of the ORR, *in her official capacity.*<br><br>Ray Provencio, Director, El Paso Field Office, CBP, *in his official capacity.*<br><br>Mary De Anda-Ybarra, El Paso Field Director, ICE, *in her official capacity.*<br><br>Joseph E. Freden, San Diego Acting Field Office Director, ICE, *in his official capacity.* | |